

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual; Collette Stark an individual<br><br>**Plaintiff,**<br><br>V.<br><br>(See Attached)<br><br>**Defendant.** | Civil No.   18cv1455-LAB-JLB<br><br>**DEFAULT** |

    It appears from the record in the above entitled action that Summons issued on the Original Complaint Filed on June 26, 2018 has been regularly served upon each of the Defendants hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, on request of counsel for Plaintiff, the DEFAULT of each of the following Defendants is hereby entered: Eric Cherchio; Dennis T. Brinn; Oasis Media, LLC.

Entered On:  Aug 6, 2018                                                 **JOHN MORRILL, Clerk of Court**

                                                                                         By:  s/ J. Taylor

                                                                                                                J. Taylor, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.**   18cv1455-LAB-JLB

**DEFENDANTS:** Oasis Media, LLC, a Florida limited liability company; Dennis T. Brinn, as an individual and officer of Oasis Media, LLC; Tyler Smyzuk, as an individual and officer of Oasis Media, LLC; Steven Grinblat, as an individual and officer of Oasis Media, LLC; Eric Cherchio, as an individual and officer of Oasis Media, LLC; Canopy Energy California, a California corporation; Ori Bytton, as an individual and an officer of Canopy Energy California; Jordan Hamilton Cohen, as an individual and an officer of Canopy Energy California; Energy Enterprises USA, Inc., a California corporation; Lior Agam, as an individual and an officer of Energy Enterprises USA, Inc.; Christopher James Glenka, an individual; Kenneth Lyle Jacoby, an individual and as an officer of Energy Enterprises USA, Inc and Canopy Energy