UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ANTON EWING, et al., | Case No.: 18cv1455-LAB (JLB) |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING APPLICATION FOR PERMISSION TO FILE ELECTRONICALLY** |
| OASIS MEDIA, LLC, et al., | |
| Defendant. | |

Plaintiffs Anton Ewing and Colleen Stark, who have filed numerous cases in this Court, submitted an *ex parte* application for leave to file documents electronically. The Court accepted this by discrepancy order for filing. The affidavit in support of the application claims that that "Plaintiff Ewing has never once had any issues arise over the past three years since he was originally first granted ECF filing privileges." (Docket no. 10 at 7:6–7.)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

In fact, Ewing has been reprimanded multiple times for improper filings. As a result, this Court has ordered him to re-read the local rules. The request is **DENIED**.

**IT IS SO ORDERED**.

Dated:  August 8, 2018

_____
Hon. Larry Alan Burns
United States District Judge