Collette Stark
2175 Cowley Way
San Diego, CA 92110
619-347-0726
videosolutions@me.com

Anton Ewing
3077 B Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiffs in Pro Per

FILED
DEC 0 5 2018
CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# THE UNITED STATES FEDERAL DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Collette Stark, an individual; <br><br> Anton Ewing, an individual, <br><br>  Plaintiff, <br><br> vs. <br><br> Oasis Media, LLC, a Florida limited liability company; <br><br> *Et al,* <br><br>  Defendants. | Civil Case No. 18-CV-1455-LAB JLB <br><br> **REQUEST FOR JUDICIAL NOTICE** <br><br> **JOINT MOTION FOR DISMISSAL PURSUANT TO FRCP 41** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Anton Ewing and Collette Stark and well as Defendants Oasis Media, LLC, Dennis T. Brinn, Tyler Smyzuk, Steven Grinblat and Eric Cherchio, hereby jointly move the

JOINT MOTION TO DIMISS OASIS MEDIA, LLC - 1

18CV1455

Court to dismiss said defendants only, with prejudice, based on complete fulfillment of the settlement agreement terms and conditions.

Each side to pay its own attorney fees and costs. The parties humbly thank the Court for its time, effort and consideration in this matter.

Dated: December 3, 2018

                                      Anton Ewing
                                      /S/ *Anton Ewing*
                                      Anton Ewing, Plaintiff
                                      Plaintiff in Pro per
                                      Anton@AntonEwing.com

Dated: December 3, 2018

                                      Collette Stark

                                      /S/ *Collette Stark*
                                      Collette Stark,
                                      Plaintiff in pro per
                                      VideoSolutions@me.com

Dated: December 3, 2018

                                      Defendant Oasis Media, LLC,
                                      a Florida LLC

                                      /S/ *Dennis T. Brinn*
                                      Dennis T. Brinn,
                                      Defendant in pro per
                                      Info@oasismedia.co

Dated: December 3, 2018

                              Defendant Dennis T. Brinn,

/S/ *Dennis T. Brinn*
Dennis T. Brinn,
Defendant in pro per
dennisbrinn23@gmail.com

Dated: December 3, 2018

                              Tyler Smyzuk,
/S/ *Tyler Smyzuk*
Tyler Smyzuk,
Defendant in pro per
Info@oasismedia.co

Dated: December 3, 2018

                              Steven Grinblat
/S/ *Steven Grinblat*
Steven Grinblat,
Defendant in pro per
Info@oasismedia.co

Dated: December 3, 2018

                              Eric Cherchio

/S/ *Eric Cherchio*
Eric Cherchio,
Defendant in pro per
Info@oasismedia.co

## PROOF OF SERVICE

I, Anton Ewing, am over 18, a pro per plaintiff in this matter and an authorized CM/ECF user by court order in other matters. I have filed this request for judicial notice and had it served on Defendants as follows:

**3:17-cv-02507 Notice has been electronically mailed to:**

I have also emailed a copy of this document to Defendant directly at the email address he uses to communicate with me at:

dennisbrinn23@gmail.com
info@oasismedia.co

and by US Mail, postage pre-paid, first class to:

CANOPY ENERGY CALIFORNIA
c/o Incorp Services Inc as agent for service
5716 Crsa Ave, Suite 110
Westlake Village, CA 91365

CANOPY ENERGY CALIFORNIA
5632 VAN NUYS BLVD STE 190
LOS ANGELES CA 91401

Ori Bytton
6736 VESPER AVE
VAN NUYS, CA 91405

Jordan Hamilton Cohen
5632 VAN NUYS BLVD STE 190
LOS ANGELES CA 91401

Energy Enterprises USA Inc
c/o Vcorp Services CA, Inc as agent for service
818 West SEventh Street, Suite 930
Los Angeles, CA 90017

Christopher James Glenka
5632 VAN NUYS BLVD STE 190
LOS ANGELES CA 91401

Kenneth Lyle Jacoby
6842 VAN NUYS BLVD STE 800
VAN NUYS, CA 91405

Lior Agam
6842 VAN NUYS BLVD STE 800
VAN NUYS, CA 91405

As well as all other CM/ECF users registered in this matter.

I swear under penalty of perjury that the above was served as stated.
Dated:  December 3, 2018

/S/ *Anton Ewing*
Anton Ewing